# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:<br>GOSSE, CHERI L<br><br><br>Debtors | §<br>§<br>§<br>§<br>§ | Case No. 08-70336 MLB |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 02/08/2008 . The undersigned trustee was appointed on 02/08/2008 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4. The trustee realized gross receipts of            $      6,445.51

    Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 7.19 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Leaving a balance on hand of     $ | 6,438.32 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing claims in this case was 06/18/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

UST Form 101-7-TFR (4/1/2009) *(Page: 1)*

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,394.55 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,394.55 , for a total compensation of $ 1,394.55 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/06/2009         By: /s/DANIEL M. DONAHUE
                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

Case No: 08-70336 MLB  Judge: MANUEL BARBOSA
Case Name: GOSSE, CHERI L

For Period Ending: 07/06/09

Trustee Name: DANIEL M. DONAHUE
Date Filed (f) or Converted (c): 02/08/08 (f)
341(a) Meeting Date: 03/13/08
Claims Bar Date: 06/18/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 138,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Savings Account | 100.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking Account | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. Household goods and furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5. Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 6. 401k | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Retirement savings plan | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 8. 2002 Honda Accord | 12,230.00 | 0.00 | DA | 0.00 | FA |
| 9. 2001 Oldsmobile alero | 4,595.00 | 0.00 | DA | 0.00 | FA |
| 10. Income Tax Refund (u) | 0.00 | 6,445.00 | | 6,445.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | 0.51 | | 0.51 | FA |

TOTALS (Excluding Unknown Values)    $196,925.00    $6,445.51    $6,445.51

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 10/01/09    Current Projected Date of Final Report (TFR): 10/01/09

LFORM1
UST Form 101-7-TFR (4/1/2009) (Page: 3)

Ver: 14.31b

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-70336 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | GOSSE, CHERI L | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1321 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4104 | | |
| For Period Ending: | 07/06/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/18/09 | 10 | CHERI L GOSSE<br>1108 WESTVIEW DR<br>ROCHELLE, IL 61068-1206 | INCOME TAX REFUND | 1224-000 | 6,245.00 | | 6,245.00 |
| 03/31/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 6,245.02 |
| 04/30/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 6,245.16 |
| 05/29/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,245.32 |
| 06/10/09 | 10 | CHERI L. GOSSE<br>1108 WESTVIEW DR<br>ROCHELLE, IL 61068-1206 | INCOME TAX REFUND | 1224-000 | 200.00 | | 6,445.32 |
| 06/23/09 | 001000 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Blanket Bond | 2300-000 | | 7.19 | 6,438.13 |
| 06/30/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,438.29 |
| 07/06/09 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 6,438.32 |
| 07/06/09 | | Transfer to Acct #*******1415 | Final Posting Transfer | 9999-000 | | 6,438.32 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,445.51 | 6,445.51 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 6,438.32 | |
| Subtotal | 6,445.51 | 7.19 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,445.51 | 7.19 | |

Page Subtotals  6,445.51  6,445.51

Ver: 14.31b

LFORM24
UST Form 101-7-TFR (4/1/2009) (Page: 4)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 08-70336 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | GOSSE, CHERI L | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1415 GENERAL CHECKING |
| Taxpayer ID No: | *******4104 | | |
| For Period Ending: | 07/06/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/09 | | Transfer from Acct #*******1321 | Transfer In From MMA Account | 9999-000 | 6,438.32 | | 6,438.32 |

```
                                            COLUMN TOTALS           6,438.32        0.00        6,438.32
                                    Less: Bank Transfers/CD's       6,438.32        0.00
                                            Subtotal                    0.00        0.00
                                    Less: Payments to Debtors                       0.00
                                            Net                         0.00        0.00

                                                                                  NET
                                                                     NET       DISBURSEMENTS     ACCOUNT
                       TOTAL - ALL ACCOUNTS                       NET DEPOSITS                   BALANCE
        Money Market Account (Interest Earn - *******1321)          6,445.51        7.19           0.00
                    GENERAL CHECKING - *******1415                      0.00        0.00        6,438.32

                                                                    6,445.51        7.19        6,438.32

                                                                 (Excludes Account (Excludes Payments  Total Funds
                                                                   Transfers)     To Debtors)    On Hand
```

Page Subtotals    6,438.32    0.00

Ver: 14.31b

LFORM24
UST Form 101-7-TFR (4/1/2009) (Page: 5)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-70336 | | Page 1 | | Date: July 06, 2009 |
|---|---|---|---|---|---|
| Debtor Name: | GOSSE, CHERI L | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $1,125.00 | $0.00 | $1,125.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $25.54 | $0.00 | $25.54 |
| 000001<br>070<br>7100-00 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $2,519.37 | $0.00 | $2,519.37 |
| 000002<br>070<br>7100-00 | LVNV Funding LLC its successors and assigns as<br>assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $4,031.93 | $0.00 | $4,031.93 |
| 000003<br>070<br>7100-00 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $413.64 | $0.00 | $413.64 |
| 000004<br>070<br>7100-00 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $384.46 | $0.00 | $384.46 |
| 000005<br>070<br>7100-00 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $5,604.01 | $0.00 | $5,604.01 |
| 000006<br>070<br>7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $129.61 | $0.00 | $129.61 |
| 000007<br>070<br>7100-00 | U.S. Bank N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Unsecured | | $4,048.27 | $0.00 | $4,048.27 |
| 000008<br>070<br>7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $1,490.01 | $0.00 | $1,490.01 |
| | Case Totals: | | | $19,771.84 | $0.00 | $19,771.84 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-70336 MLB
Case Name: GOSSE, CHERI L
Trustee Name: DANIEL M. DONAHUE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: DANIEL M. DONAHUE | $ 1,394.55 | $ 0.00 |
| Attorney for trustee: MCGREEVY WILLIAMS | $ 1,125.00 | $ 25.54 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

UST Form 101-7-TFR (4/1/2009) *(Page: 8)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,621.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.9 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *LVNV Funding LLC* | $ 2,519.37 | $ 526.73 |
| *000002* | *LVNV Funding LLC its successors and assigns as* | $ 4,031.93 | $ 842.97 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | LVNV Funding LLC | $413.64 | $86.48 |
| 000004 | LVNV Funding LLC | $384.46 | $80.38 |
| 000005 | LVNV Funding LLC | $5,604.01 | $1,171.66 |
| 000006 | Roundup Funding, LLC | $129.61 | $27.10 |
| 000007 | U.S. Bank N.A. | $4,048.27 | $846.39 |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERICA | $1,490.01 | $311.52 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---|---|---|
| **Trustee's Attorney** | | | | |
| Mcgreevy Williams | *Fees* | $0.00 | $1,125.00 | $1,125.00 |
| | *Expenses* | $0.00 | $25.54 | $25.54 |
| **Trustee's Accountants** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Other Professionals** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $0.00 | $1,125.00 | $1,125.00 |
| | *Expenses* | $0.00 | $25.54 | $25.54 |
| | | $0.00 | $1,150.54 | $1,150.54 |

**Exhibit G**