# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 08-70336 MLB |
| GOSSE, CHERI L | § | |
| | § | |
| Debtors | § | |
| | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 6,445.51 |
| *and approved disbursements of* | $ | 7.19 |
| *leaving a balance of* | $ | 6,438.32 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: DANIEL M. DONAHUE | $ 1,394.55 | $ 0.00 |
| Attorney for trustee: MCGREEVY WILLIAMS | $ 1,125.00 | $ 25.54 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |

UST Form 101-7-NFR (4/1/2009) (Page: 1)

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Charges: | | $ | $ |
| Fees: | | $ | $ |
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,621.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | LVNV Funding LLC | $ 2,519.37 | $ 526.73 |
| 000002 | LVNV Funding LLC its successors and assigns as | $ 4,031.93 | $ 842.97 |
| 000003 | LVNV Funding LLC | $ 413.64 | $ 86.48 |
| 000004 | LVNV Funding LLC | $ 384.46 | $ 80.38 |
| 000005 | LVNV Funding LLC | $ 5,604.01 | $ 1,171.66 |
| 000006 | Roundup Funding, LLC | $ 129.61 | $ 27.10 |
| 000007 | U.S. Bank N.A. | $ 4,048.27 | $ 846.39 |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 1,490.01 | $ 311.52 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

UST Form 101-7-NFR (4/1/2009) (Page: 3)

   The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/10/2009 in Courtroom 115,

      United States Courthouse
      211 S. Court Street
      Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 07/06/2009    By: /s/DANIEL M. DONAHUE
          Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903, ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman               Page 1 of 1                  Date Rcvd: Jul 10, 2009
Case: 08-70336                Form ID: pdf006              Total Noticed: 33

The following entities were noticed by first class mail on Jul 12, 2009.
db           +Cheri L. Gosse,   1108 Westview Drive,   Rochelle, IL 61068-1206
aty          +Brian A Hart,   Brian A Hart Law Offices PC,   308 W State Street,   Suite M-8,
               Rockford, IL 61101-1139
aty           Daniel M Donahue,   P. O. Box 2903,   Rockford, IL  61132-2903
tr            Daniel Donahue,   P O Box 2903,   Rockford, IL  61132-2903
11937619      Alliant Energy,   P.O. Box 3068,   Cedar Rapids, IA 52406-3068
11937620     +Allied Interstate Inc. **,   CT Corporation System,   208 S. LaSalle Street, Ste 814,
               Chicago, IL 60604-1135
11937622      Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
11937624      Beloit Utilities,   P.O. Box 2941,   Milwaukee, WI 53201-2941
11937623      Beloit Utilities,   P.O. Box 207,   Beloit, WI 53512-0207
11937631     +CREDIT PROTECTION ASSOCIATION,   13355 Noel Road,   Dallas, TX 75240-6602
11937625     +Capital One*,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
11937627      Cardmember Services,   P.O. Box 94014,   Palatine, IL 60094-4014
11937626      Cardmember Services,   P.O. Box 94012,   Palatine, IL 60094-4012
11937628      Charter Communications,   P.O. Box 3255,   Milwaukee, WI 53201-3255
11937629      Collectcorp,   P.O. Box 100789,   Birmingham, AL 35210-0789
11937630     +Countrywide Home Loans,   P.O. Box 650070,   Dallas, TX 75265-0070
13886315      FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
11937632     +I.C. SYSTEMS,   444 East Highway 96,   P.O. Box 64378,   St. Paul, MN 55164-0378
11937633      Macys,   9111 Duke Blvd.,   Mason, OH 45040-8999
11937634     +Retail Services/Bergner's,   Dept 7680,   Carol Stream, IL 60116-0001
11937635      Sears Credit Cards,   P.O. Box 183081,   Columbus, OH 43218-3081
11937636      The Children's Place,   Processing Center,   Des Moines, IA 50364-0001
13835483     +U.S. Bank N.A.,   Bankruptcy Department,   P.O. Box 5229,   Cincinnati, OH 45201-5229
11937637    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:   U.S. Bank,   P.O. Box 790408,   Saint Louis, MO 63179-0408)
11937640      WELLS FARGO FINANCIAL BANK,   P.O. Box 5943,   Sioux Falls, SD 57117-5943
11937641     +WF FIN BAN,   3201 N. 4th Avenue,   Sioux Falls, SD 57104-0700
11937642      WFNN/Victoria's Secret,   P.O. Box 659728,   San Antonio, TX 78265-9728
11937638     +Washington Mutual Card Services,   P.O. Box 660487,   Dallas, TX 75266-0487
11937639     +Wells Fargo Auto Finance*,   PO Box 29704,   Phoenix, AZ 85038-9704

The following entities were noticed by electronic transmission on Jul 11, 2009.
11937621      E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2009 01:12:46     American Eagle Outfitters,
               P.O. Box 530942,   Atlanta, GA 30353-0942
13720838      E-mail/Text: resurgentbknotifications@resurgent.com                         LVNV Funding LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13720840      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Washington Mutual,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13784611      E-mail/PDF: BNCEmails@blinellc.com Jul 11 2009 01:19:07     Roundup Funding, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 12, 2009**                    **Signature:**  *Joseph Speetjens*