# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
GOSSE, CHERI L § Case No. 08-70336
 §
 §
         Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 196,925.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 3,893.23 | Claims Discharged Without Payment: 14728.07 |
| Total Expenses of Administration: 2,552.28 | |

3) Total gross receipts of $ 6,445.51 (see Exhibit 1), minus funds paid to the debtor and third parties of $ 0.00 (see Exhibit 2), yielded net receipts of $ 6,445.51 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 2,552.28 | 2,552.28 | 2,552.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | NA | 18,621.30 | 18,621.30 | 3,893.23 |
| TOTAL DISBURSEMENTS | $ NA | $ 21,173.58 | $ 21,173.58 | $ 6,445.51 |

4) This case was originally filed under chapter 7 on 02/08/2008 . The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __09/22/2009__          By:/s/DANIEL M. DONAHUE_____
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Income Tax Refund | 1224-000 | 6,445.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.51 |
| TOTAL GROSS RECEIPTS | | $6,445.51 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | NA | | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | SCHEDULED CLAIMS (from Form 6D) | ASSERTED CLAIMS | ALLOWED CLAIMS | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | 2100-000 | NA | 1,394.55 | 1,394.55 | 1,394.55 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 7.19 | 7.19 | 7.19 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 1,125.00 | 1,125.00 | 1,125.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 25.54 | 25.54 | 25.54 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,552.28 | $ 2,552.28 | $ 2,552.28 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | NA | 1,490.01 | 1,490.01 | 311.52 |
| LVNV FUNDING LLC | 7100-000 | NA | 2,519.37 | 2,519.37 | 526.73 |
| LVNV FUNDING LLC | 7100-000 | NA | 413.64 | 413.64 | 86.48 |
| LVNV FUNDING LLC | 7100-000 | NA | 384.46 | 384.46 | 80.38 |
| LVNV FUNDING LLC | 7100-000 | NA | 5,604.01 | 5,604.01 | 1,171.66 |
| LVNV FUNDING LLC ITS SUCCESSORS AND | 7100-000 | NA | 4,031.93 | 4,031.93 | 842.97 |
| ROUNDUP FUNDING, LLC | 7100-000 | NA | 129.61 | 129.61 | 27.10 |
| U.S. BANK N.A. | 7100-000 | NA | 4,048.27 | 4,048.27 | 846.39 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ NA | $ 18,621.30 | $ 18,621.30 | $ 3,893.23 |

**FORM 1**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page    1

**Exhibit 8**

Case No:        08-70336    MLB   Judge: MANUEL BARBOSA

Case Name:    GOSSE, CHERI L

For Period Ending: 09/22/09

Trustee Name:                          DANIEL M. DONAHUE

Date Filed (f) or Converted (c):   02/08/08 (f)

341(a) Meeting Date:              03/13/08

Claims Bar Date:                    06/18/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 138,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Savings Account | 100.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking Account | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. Household goods and furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5. Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 6. 401k | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Retirement savings plan | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 8. 2002 Honda Accord | 12,230.00 | 0.00 | DA | 0.00 | FA |
| 9. 2001 Oldsmobile alero | 4,595.00 | 0.00 | DA | 0.00 | FA |
| 10. Income Tax Refund (u) | 0.00 | 6,445.00 | | 6,445.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | 0.51 | | 0.51 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $196,925.00          $6,445.51          $6,445.51          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 10/01/09          Current Projected Date of Final Report (TFR): 10/01/09

LFORM1

**UST Form 101-7-TDR (9/1/2009) (Page: 6)**

Ver. 15.00

**FORM 2**

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-70336 -MLB | |
| Case Name: | GOSSE, CHERI L | |
| Taxpayer ID No: | *******4104 | |
| For Period Ending: | 09/22/09 | |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1321  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/18/09 | 10 | CHERI L GOSSE 1108 WESTVIEW DR ROCHELLE, IL 61068-1206 | INCOME TAX REFUND | 1224-000 | 6,245.00 | | 6,245.00 |
| 03/31/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 6,245.02 |
| 04/30/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 6,245.16 |
| 05/29/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,245.32 |
| 06/10/09 | 10 | CHERI L GOSSE 1108 WESTVIEW DR ROCHELLE, IL 61068-1206 | INCOME TAX REFUND | 1224-000 | 200.00 | | 6,445.32 |
| 06/23/09 | 001000 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond | 2300-000 | | 7.19 | 6,438.13 |
| 06/30/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,438.29 |
| 07/06/09 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 6,438.32 |
| 07/06/09 | | Transfer to Acct #*******1415 | Final Posting Transfer | 9999-000 | | 6,438.32 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 6,445.51 | 6,445.51 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 6,438.32 | |
| Subtotal | | 6,445.51 | 7.19 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 6,445.51 | 7.19 | |

Page Subtotals          6,445.51          6,445.51

Ver: 15.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No | 08-70336 -MLB |
| Case Name: | GOSSE, CHERI L |

| | |
|---|---|
| Trustee Name: | DANIEL M  DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1415  GENERAL CHECKING |

| | |
|---|---|
| Taxpayer ID No: | *******4104 |
| For Period Ending: | 09/22/09 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/09 | | Transfer from Acct #*******1321 | Transfer In From MMA Account | 9999-000 | 6,438.32 | | 6,438.32 |
| 08/11/09 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL  61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,394.55 | 5,043.77 |
| 08/11/09 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,125.00 | 3,918.77 |
| 08/11/09 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 25.54 | 3,893.23 |
| 08/11/09 | 000103 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000001, Payment 20.9% | 7100-000 | | 526.73 | 3,366.50 |
| 08/11/09 | 000104 | LVNV Funding LLC its successors and assigns as assignee of Washington Mutual Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000002, Payment 20.9% | 7100-000 | | 842.97 | 2,523.53 |
| 08/11/09 | 000105 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000003, Payment 20.9% | 7100-000 | | 86.48 | 2,437.05 |
| 08/11/09 | 000106 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000004, Payment 20.9% | 7100-000 | | 80.38 | 2,356.67 |
| 08/11/09 | 000107 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000005, Payment 20.9% | 7100-000 | | 1,171.66 | 1,185.01 |
| 08/11/09 | 000108 | Roundup Funding, LLC MS 550 | Claim 000006, Payment 20.9% | 7100-000 | | 27.10 | 1,157.91 |
| | | | Page Subtotals | | 6,438.32 | 5,280.41 | |

Ver: 15.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

Case No: 08-70336 -MLB
Case Name: GOSSE, CHERI L

Taxpayer ID No: *******4104
For Period Ending: 09/22/09

Trustee Name: DANIEL M. DONAHUE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1415  GENERAL CHECKING

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/11/09 | 000109 | PO Box 91121 Seattle, WA 98111-9221 U.S. Bank N.A. Bankruptcy Department P.O. Box 5229 Cincinnati, OH 45201 | Claim 000007, Payment 20.9% | 7100-000 | | 846.39 | 311.52 |
| 08/11/09 | 000110 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000008, Payment 20.9% | 7100-000 | | 311.52 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 6,438.32 | 6,438.32 | 0.00 |
| Less: Bank Transfers/CD's | 6,438.32 | 0.00 | |
| Subtotal | 0.00 | 6,438.32 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,438.32 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******1321 | 6,445.51 | 7.19 | 0.00 |
| GENERAL CHECKING - *******1415 | 0.00 | 6,438.32 | 0.00 |
| | 6,445.51 | 6,445.51 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     1,157.91

Ver: 15.00

LFORM24 **UST Form 101-7-TDR (9/1/2009) (Page: 9)**

HH

# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number        4429751415
01 01 148 06 M0000 E#      11
Last Statement:      07/31/2009
This Statement:      08/31/2009

**Customer Service**
1-877-757-8233

ESTATE OF
GOSSE, CHERI L, DEBTOR
DANIEL M. DONAHUE - TRUSTEE
08-70336
C/O GLOBAL GOVERNMENT BANKING
***** TX 1-492-08-16 *****

Page      1 of      2

Bankruptcy Case Number:0870336

# SPECIAL MARKETS CHECKING ACCOUNT

## Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 08/01/2009 - 08/31/2009 | | Statement Beginning Balance | 6,438.32 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 11 | Amount of Checks | 6,438.32 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 11 | | |
| | | Service Charge | .00 |

## Withdrawals and Debits

### Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 100 | 1,394.55 | 08/13 | 8592801368 | 106 | 80.38 | 08/20 | 6192833798 |
| 101 | 1,125.00 | 08/13 | 8592801369 | 107 | 1,171.66 | 08/20 | 6192833797 |
| 102 | 25.54 | 08/13 | 8592801370 | 108 | 27.10 | 08/19 | 9792821849 |
| 103 | 526.73 | 08/20 | 6192833795 | 109 | 846.39 | 08/20 | 9892692039 |
| 104 | 842.97 | 08/20 | 6192833799 | 110 | 311.52 | 08/17 | 9392344361 |
| 105 | 86.48 | 08/20 | 6192833796 | | | | |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | 6,438.32 | 6,438.32 | 08/19 | 3,554.61 | 3,554.61 |
| 08/13 | 3,893.23 | 3,893.23 | 08/20 | .00 | .00 |
| 08/17 | 3,581.71 | 3,581.71 | 08/31 | .00 | .00 |

Recycled Paper